AO82
Rev. 4/90

055900

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
NORTHERN DISTRICT OF WEST VIRGINIA

at Clarksburg

RECEIVED FROM Fishman Haygood Phelps, et al

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 6855XX | 100 — |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | TOTAL | 100 — |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | Case Number or Other Reference | |
| 143500 | Interest | 1:10CV97 | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | PNV Joseph Peiffer | |
| 121000 | Conscience Fund | Jason Burge | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 7/1/10  Cash ☐ Check ☑ M.O. ☐ Credit ☐  DEPUTY CLERK: MNau