# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

West Virginia University Hospital, Inc.,
et al

    **Plaintiff(s),**

        v.                        Civil   NO: 1:10 cv 97

UBS Financial Services, Inc., et al

    **Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Joseph C. Peiffer, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER:   July 1, 2010

                                            /s/ Frederick P. Stamp, Jr.
                                            United States District Judge