# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEST VIRGINIA UNIVERSITY HOSPITALS, INC., UNITED
HOSPITAL CENTER, INC., WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., CITY HOSPITAL FOUNDATION, INC.,
and WEST VIRGINIA UNITED HEALTH SYSTEM, INC.

**Plaintiff(s),**

v.                                                    **Civil  NO:** 1:10-cv-00097-FPS

UBS FINANCIAL SERVICES, INC. and UBS SECURITIES, L.L.C.

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Andrew J. Ceresney it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER:  July 27, 2010

/s/ Frederick P. Stamp, Jr.
United States District Judge