## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

```
-------------------------------------------------------------x
WEST VIRGINIA UNIVERSITY HOSPITALS,          :
INC., UNITED HOSPITAL CENTER, INC., WEST     :   CIVIL ACTION
VIRGINIA UNIVERSITY HOSPITALS-EAST,          :
INC., CITY HOSPITAL FOUNDATION, INC.,        :   No. 1:10-cv-00097
AND WEST VIRGINIA UNITED HEALTH              :
SYSTEM, INC.,                                :
                                             :
                    Plaintiffs,              :
                                             :
          vs.                                :
                                             :
UBS FINANCIAL SERVICES, INC. and UBS         :
SECURITIES L.L.C.,                           :
                                             :
                    Defendants.              :
                                             :
-------------------------------------------------------------x
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, the undersigned hereby stipulate to the dismissal of the above-captioned action, with

prejudice, with each party to bear its own costs.

_April 26___, 2012

Michael L. Murphy, Esq. (W. Va. Bar No. 10555)
BAILEY & GLASSER LLP
910 17th Street, N.W., Suite 800
Washington, DC  20006
Tel: (202) 463-2101
Fax: (202) 463-2103
mmurphy@baileyglasser.com

Brian A. Glasser, Esq. (W. Va. Bar No. 6597)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel: (304) 345-6555
Fax: (304) 342-1110
bglasser@baileyglasser.com

Joseph Peiffer, Esq.
FISHMAN HAYGOOD PHELPS
  WALMSLEY WILLIS & SWANSON, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana  70170
Tel: (504) 586-5252
Fax: (504) 586-5250
jpeiffer@fishmanhaygood.com

Garrett W. Wotkyns, Esq.
SCHNEIDER WALLACE COTTRELL
  BRAYTON KONECKY LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona  85253
Tel: (480) 428-0144
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

WEST VIRGINIA UNIVERSITY HOSPITALS,
INC., UNITED HOSPITAL CENTER, INC., WEST
VIRGINIA UNIVERSITY HOSPITALS-EAST, INC.,
CITY HOSPITAL FOUNDATION, INC., AND
WEST VIRGINIA UNITED HEALTH SYSTEM, INC.,

     Plaintiffs,

**v.**                                Civil Action No. 1:10-cv-00097
                                     (Judge Frederick P. Stamp, Jr.)

UBS FINANCIAL SERVICES, INC.
and UBS SECURITIES, L.L.C.,

     Defendants.

## <u>CERTIFICATE OF SERVICE</u>

     I, Debra C. Price, counsel for defendants UBS Services, Inc. and UBS Securities, LLC, hereby certify that on the 26th day of April, 2012, I electronically filed the "Stipulation of Dismissal with Prejudice" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

               Brian A. Glasser (WVSB #6597)
               Michael L. Murphy (WVSB # 10888)
               Bailey & Glasser LLP
               209 Capitol Street
               Charleston, WV 25301
               304-345-6555
               bglasser@baileyglasser.com
               mmurphy@bailetglasser.com

                                 */s/ Debra C. Price*
                                 Rebecca A. Betts (WVSB # 329)
                                 Debra C. Price (WVSB # 2979)
                                 GUTHRIE & THOMAS, PLLC
                                 500 Lee Street, East, Suite 800
                                 P. O. Box 3394
                                 Charleston, WV 25333-3394
                                 (304) 345-7250
                                 rabetts@agmtlaw.com
                                 dcprice@agmtlaw.com