```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


WEST VIRGINIA UNIVERSITY HOSPITALS, INC.,
UNITED HOSPITAL CENTER, INC.,
WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC.,
CITY HOSPITAL FOUNDATION, INC. and
WEST VIRGINIA UNITED HEALTH SYSTEM, INC.,

        Plaintiffs,

v.                                   Civil Action No. 1:10CV97
                                                        (STAMP)
UBS FINANCIAL SERVICES, INC. and
UBS SECURITIES L.L.C.,

        Defendants.
```

### DISMISSAL ORDER

On April 26, 2012, the parties to the above-captioned civil action informed this Court that all matters at issue in this case have been compromised and settled, and that the parties agree to the dismissal of this case with prejudice.

Accordingly, this civil action is hereby DISMISSED WITH PREJUDICE.  Each party is to bear its own costs.  The Clerk is DIRECTED to dismiss this civil action and strike it from the active docket of this Court.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to the to counsel of record herein.

DATED:     April 27, 2012


                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE